UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REAL ESTATE BOARD OF NEW YORK, INC., NEW YORK STATE ASSOCIATION OF REALTORS, INC., BOHEMIA REALTY GROUP, BOND NEW YORK REAL ESTATE CORP., REAL NEW YORK LLC, LEVEL GROUP INC., FOUR CORNERS REALTY, LLC, 21 WEST 74 CORP., 8 WEST 119TH STREET HDFC,

         Plaintiffs,

v.

THE CITY OF NEW YORK, *a municipal entity*, VILDA VERA MAYUGA, *as Commissioner of New York City Department of Consumer and Worker Protection*,

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civ. No. 1:24-cv-09678 (RA)

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiffs Real Estate Board of New York, Inc.; New York State Association of Realtors, Inc.; Bohemia Realty Group; Bond New York Real Estate Corp.; Real New York LLC; Level Group Inc.; Four Corners Realty, LLC; 21 West 74 Corp.; and 8 West 119th Street HDFC hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order entered by United States District Judge Ronnie Abrams of this Court on June 10, 2025 [Dkt. 61].

Dated: June 12, 2025

      */s/ Claude G. Szyfer*
      Claude G. Szyfer
      Hogan Lovells US LLP
      390 Madison Ave.
      New York, N.Y. 10017
      (212) 918-3000

      *Counsel for Plaintiffs*

\\4124-8433-7245 v1

## CERTIFICATE OF SERVICE

I certify that on June 11, 2025, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all counsel, who are registered users.

*/s/ Claude G. Szyfer*

\\4124-8433-7245 v1

APPEAL,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:24−cv−09678−RA

Real Estate Board of New York, Inc. et al v. The City Of New York , et al  
Assigned to: Judge Ronnie Abrams  
Cause: 28:2201 Constitutionality of State Statute(s)

Date Filed: 12/16/2024  
Jury Demand: None  
Nature of Suit: 950 Constitutional − State Statute  
Jurisdiction: Federal Question

**Plaintiff**

**Real Estate Board of New York, Inc.**     represented by     **James Andrew Mackenzie**  
Hogan Lovells US LLP  
555 Thirteenth Street, NW  
Washington, DC 20004−1109  
202−637−5600  
Email: drew.mackenzie@hoganlovells.com  
*ATTORNEY TO BE NOTICED*

**Sean Marotta**  
Hogan Lovells US LLP  
555 Thirteenth Street, NW  
Washington, DC 20004−1109  
202−637−4881  
Email: sean.marotta@hoganlovells.com  
*ATTORNEY TO BE NOTICED*

**Claude Gabriel Szyfer**  
Hogan Lovells US LLP  
390 Madison Avenue  
New York, NY 10017  
212−918−3000  
Fax: 212−918−3100  
Email: claude.szyfer@hoganlovells.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**New York State Association of Realtors, Inc.**     represented by     **James Andrew Mackenzie**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Sean Marotta**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Claude Gabriel Szyfer**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bohemia Realty Group**     represented by     **James Andrew Mackenzie**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Sean Marotta**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Claude Gabriel Szyfer**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bond New York Real Estate Corp.** represented by **James Andrew Mackenzie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Marotta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Claude Gabriel Szyfer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Level Group Inc.** represented by **James Andrew Mackenzie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Marotta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Claude Gabriel Szyfer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Real New York LLC** represented by **James Andrew Mackenzie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Marotta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Claude Gabriel Szyfer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Four Corners Realty, LLC** represented by **James Andrew Mackenzie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Marotta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Claude Gabriel Szyfer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**21 West 74 Corp.** represented by **James Andrew Mackenzie**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Marotta**
(See above for address)
*ATTORNEY TO BE NOTICED*

                **Claude Gabriel Szyfer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**8 West 119th Street HDFC**    represented by   **James Andrew Mackenzie**
(See above for address)
*ATTORNEY TO BE NOTICED*

                **Sean Marotta**
(See above for address)
*ATTORNEY TO BE NOTICED*

                **Claude Gabriel Szyfer**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The City Of New York ,**    represented by   **Aimee Kara Lulich**
*a municipal entity*
Nyc Law Department
100 Church St.
New York, NY 10007
(212)–356–2369
Fax: (212)–356–1148
Email: alulich@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                **Jessica Lynn Katzen**
New York City Law Department
100 Church Street
New York, NY 10007
718–419–4186
Email: jkatzen@law.nyc.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vilda Vera Mayuga**    represented by   **Aimee Kara Lulich**
*as Commissioner of New York City Department of Consumer and Worker Protection*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                **Jessica Lynn Katzen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Neighbors Together Corp.**    represented by   **Evan Henley**
The Legal Aid Society
49 Thomas Street
Ste Floor 5
New York, NY 10013
212–298–5233
Email: ewhenley@legal–aid.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                **Edward Joseph Josephson**
The Legal Aid Society
199 Water Street

New York, NY 10038<br>
917–697–6449<br>
Email: ejosephson@legal–aid.org<br>
<i>ATTORNEY TO BE NOTICED</i>

**Amicus**

**Neighbors Together Corp.**    represented by    **Evan Henley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**State of New York**    represented by    **Judith Naomi Vale**
Office of The Attorney General(NYS)
28 Liberty Street, 21st Floor
New York, NY 10005
(212) 416–6274
Email: judith.vale@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**New York Department of State**    represented by    **Judith Naomi Vale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/16/2024 | 1 | COMPLAINT against Vilda Vera Mayuga, The City Of New York,. (Filing Fee $ 405.00, Receipt Number ANYSDC–30339853)Document filed by Real New York LLC, Bohemia Realty Group, Four Corners Realty, LLC, 8 West 119th Street HDFC, New York State Association of Realtors, Inc., 21 West 74 Corp., Real Estate Board of New York, Inc., Bond New York Real Estate Corp., Level Group Inc.. (Attachments: # 1 Exhibit A – Final FARE Act, # 2 Exhibit B – Int. No. 360).(Szyfer, Claude) (Entered: 12/16/2024) |
| 12/16/2024 | 2 | CIVIL COVER SHEET filed..(Szyfer, Claude) (Entered: 12/16/2024) |
| 12/16/2024 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to The City of New York, and Vilda Vera Mayuga, re: 1 Complaint,. Document filed by Real Estate Board of New York, Inc., New York State Association of Realtors, Inc., Bohemia Realty Group, Bond New York Real Estate Corp., Level Group Inc., Real New York LLC, Four Corners Realty, LLC, 21 West 74 Corp., 8 West 119th Street HDFC..(Szyfer, Claude) (Entered: 12/16/2024) |
| 12/16/2024 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Real Estate Board of New York, Inc., New York State Association of Realtors, Inc., Bohemia Realty Group, Bond New York Real Estate Corp., Level Group Inc., Real New York LLC, Four Corners Realty, LLC, 21 West 74 Corp., 8 West 119th Street HDFC..(Szyfer, Claude) (Entered: 12/16/2024) |
| 12/17/2024 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Alvin K. Hellerstein. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(sj) (Entered: 12/17/2024) |
| 12/17/2024 | | Magistrate Judge Jennifer Willis is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. |

| | | |
|---|---|---|
| | | Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (sj) (Entered: 12/17/2024) |
| 12/17/2024 | | Case Designated ECF. (sj) (Entered: 12/17/2024) |
| 12/17/2024 | 5 | ELECTRONIC SUMMONS ISSUED as to Vilda Vera Mayuga, The City Of New York,. (sj) (Entered: 12/17/2024) |
| 12/17/2024 | | NOTICE OF CASE REASSIGNMENT to Judge Ronnie Abrams. Judge Alvin K. Hellerstein is no longer assigned to the case. (vba) (Entered: 12/17/2024) |
| 12/18/2024 | 6 | ORDER AND NOTICE OF INITIAL CONFERENCE: IT IS FURTHER ORDERED that counsel for all parties appear for an initial status conference on January 17, 2025 at 1:30 p.m. If Defendants have not yet been properly served, have not filed a responsive pleading, and/or the parties otherwise seek to adjourn the conference, they shall notify the Court by no later than January 10, 2025. Unless the parties request otherwise, the Court will hold this conference by telephone. The parties shall use the following dial–in information to call in to the conference: Call–in Number: (855) 244–8681; Meeting ID: 23055424735. This conference line is open to the public. If Defendants have been properly served and the parties are available to proceed with an initial status conference prior to January 17, 2025, the parties shall notify the Court and propose an earlier date for the conference, as well as for submission of the status letter and proposed case management plan and further set forth in this Order. Initial Conference set for 1/17/2025 at 01:30 PM before Judge Ronnie Abrams. (Signed by Judge Ronnie Abrams on 12/18/2024) (rro) (Entered: 12/18/2024) |
| 12/24/2024 | 7 | AFFIDAVIT OF SERVICE of Summons and Complaint,. The City Of New York, served on 12/19/2024, answer due 1/9/2025. Document filed by Real New York LLC; Bohemia Realty Group; Four Corners Realty, LLC; 8 West 119th Street HDFC; New York State Association of Realtors, Inc.; 21 West 74 Corp.; Real Estate Board of New York, Inc.; Bond New York Real Estate Corp.; Level Group Inc...(Szyfer, Claude) (Entered: 12/24/2024) |
| 12/24/2024 | 8 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Vilda Vera Mayuga served on 12/19/2024, answer due 1/9/2025. Document filed by Real New York LLC; Bohemia Realty Group; Four Corners Realty, LLC; 8 West 119th Street HDFC; New York State Association of Realtors, Inc.; 21 West 74 Corp.; Real Estate Board of New York, Inc.; Bond New York Real Estate Corp.; Level Group Inc...(Szyfer, Claude) (Entered: 12/24/2024) |
| 01/03/2025 | 9 | ORDER: An initial conference was previously scheduled in this matter for January 17, 2025. Due to a scheduling conflict, the conference is hereby rescheduled to January 16, 2025 at 2:00 p.m. Unless the parties request otherwise, the conference will be held by phone. Call–in Number: (855) 244–8681; Meeting ID: 23055424735. All other deadlines set forth in the Court's December 18, 2024 Order (ECF No. 6) remain the same. Plaintiffs are ordered to serve Defendants with a copy of this order and to file an affidavit on ECF certifying that such service has been effectuated. SO ORDERED. (Signed by Judge Ronnie Abrams on 1/3/2025) ( Initial Conference set for 1/16/2025 at 02:00 PM before Judge Ronnie Abrams.) (ks) (Entered: 01/03/2025) |
| 01/06/2025 | 10 | NOTICE OF APPEARANCE by Jessica Lynn Katzen on behalf of The City Of New York,, Vilda Vera Mayuga..(Katzen, Jessica) (Entered: 01/06/2025) |
| 01/06/2025 | 11 | NOTICE OF APPEARANCE by Aimee Kara Lulich on behalf of The City Of New York,, Vilda Vera Mayuga..(Lulich, Aimee) (Entered: 01/06/2025) |
| 01/08/2025 | 12 | AFFIDAVIT OF SERVICE of 9 Order served on The City of New York on 1/7/2025. Document filed by Real Estate Board of New York, Inc., New York State Association of Realtors, Inc., Bohemia Realty Group, Bond New York Real Estate Corp., Level Group Inc., Real New York LLC, Four Corners Realty, LLC, 21 West 74 Corp., 8 West 119th Street HDFC..(Szyfer, Claude) (Entered: 01/08/2025) |
| 01/08/2025 | 13 | AFFIDAVIT OF SERVICE of 9 Order served on Vilda Vera Mayuga on 1/7/2025. Document filed by Real Estate Board of New York, Inc., New York State Association of Realtors, Inc., Bohemia Realty Group, Bond New York Real Estate Corp., Level Group Inc., Real New York LLC, Four Corners Realty, LLC, 21 West 74 Corp., 8 |

| | | |
|---|---|---|
| | | West 119th Street HDFC..(Szyfer, Claude) (Entered: 01/08/2025) |
| 01/08/2025 | 14 | CONSENT LETTER MOTION for Extension of Time to File Answer addressed to Judge Ronnie Abrams from Aimee K. Lulich dated January 8, 2025., JOINT LETTER MOTION for Extension of Time to File *Joint Letter and Proposed Scheduling Order* addressed to Judge Ronnie Abrams from Aimee K. Lulich dated January 8, 2025. Document filed by The City Of New York,, Vilda Vera Mayuga..(Lulich, Aimee) (Entered: 01/08/2025) |
| 01/10/2025 | 15 | MOTION for James Andrew Mackenzie to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30438026. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Real Estate Board of New York, Inc., New York State Association of Realtors, Inc., Bohemia Realty Group, Bond New York Real Estate Corp., Level Group Inc., Real New York LLC, Four Corners Realty, LLC, 21 West 74 Corp., 8 West 119th Street HDFC. (Attachments: # 1 Affidavit of James Andrew Mackenzie, # 2 Exhibit – Certificate of Good Standing – DC, # 3 Exhibit – Certificate of Good Standing – CO, # 4 Exhibit – Certificate of Good Standing – TX, # 5 Proposed Order for Admission Pro Hac Vice).(Mackenzie, James) (Entered: 01/10/2025) |
| 01/10/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 15 MOTION for James Andrew Mackenzie to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30438026. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 01/10/2025) |
| 01/10/2025 | 16 | ORDER granting 14 Letter Motion for Extension of Time to Answer re 1 Complaint; granting 14 Letter Motion for Extension of Time to File. Application granted. The conference previously scheduled for January 16, 2025 is hereby adjourned sine die, and thus the parties need not file a joint letter or proposed scheduling order at this time. No later than January 15, 2025, the parties shall file a joint letter proposing briefing schedules for their anticipated motions. (Signed by Judge Ronnie Abrams on 1/10/2025) (tro) (Entered: 01/10/2025) |
| 01/13/2025 | 17 | ORDER granting 15 Motion for James Andrew Mackenzie to Appear Pro Hac Vice (HEREBY ORDERED by Judge Ronnie Abrams)(Text Only Order) (arc) (Entered: 01/13/2025) |
| 01/13/2025 | 18 | MOTION for Sean Marotta to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30449243. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Real Estate Board of New York, Inc., New York State Association of Realtors, Inc., Bohemia Realty Group, Bond New York Real Estate Corp., Level Group Inc., Real New York LLC, Four Corners Realty, LLC, 21 West 74 Corp., 8 West 119th Street HDFC. (Attachments: # 1 Affidavit of Sean Marotta, # 2 Exhibit – Certificate of Good Standing – NY, # 3 Exhibit – Certificate of Good Standing – DC, # 4 Exhibit – Certificate of Good Standing – NJ, # 5 Proposed Order for Admission Pro Hac Vice).(Marotta, Sean) (Entered: 01/13/2025) |
| 01/13/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 18 MOTION for Sean Marotta to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30449243. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 01/13/2025) |
| 01/13/2025 | 19 | MOTION for Preliminary Injunction . Document filed by Real Estate Board of New York, Inc., New York State Association of Realtors, Inc., Bohemia Realty Group, Bond New York Real Estate Corp., Level Group Inc., Real New York LLC, Four Corners Realty, LLC, 21 West 74 Corp., 8 West 119th Street HDFC..(Szyfer, Claude) (Entered: 01/13/2025) |
| 01/13/2025 | 20 | MEMORANDUM OF LAW in Support re: 19 MOTION for Preliminary Injunction . . Document filed by Real Estate Board of New York, Inc., New York State Association of Realtors, Inc., Bohemia Realty Group, Bond New York Real Estate Corp., Level Group Inc., Real New York LLC, Four Corners Realty, LLC, 21 West 74 Corp., 8 West 119th Street HDFC..(Szyfer, Claude) (Entered: 01/13/2025) |

| | | |
|---|---|---|
| 01/13/2025 | 21 | DECLARATION of Claude G. Szyfer in Support re: 19 MOTION for Preliminary Injunction .. Document filed by Real Estate Board of New York, Inc., New York State Association of Realtors, Inc., Bohemia Realty Group, Bond New York Real Estate Corp., Level Group Inc., Real New York LLC, Four Corners Realty, LLC, 21 West 74 Corp., 8 West 119th Street HDFC. (Attachments: # 1 Exhibit Exhibit A – June 2024 Hearing Transcript, # 2 Exhibit Exhibit B (Part 1 of 7) – June 2024 Written Testimony, # 3 Exhibit Exhibit B (Part 2 of 7) – June 2024 Written Testimony, # 4 Exhibit Exhibit B (Part 3 of 7) – June 2024 Written Testimony, # 5 Exhibit Exhibit B (Part 4 of 7) – June 2024 Written Testimony, # 6 Exhibit Exhibit B (Part 5 of 7) – June 2024 Written Testimony, # 7 Exhibit Exhibit B (Part 6 of 7) – June 2024 Written Testimony, # 8 Exhibit Exhibit B (Part 7 of 7) – June 2024 Written Testimony, # 9 Exhibit Exhibit C – November 2024 Committee Report, # 10 Exhibit Exhibit D – November 2024 Hearing Transcript, # 11 Exhibit Exhibit E – FARE Act, # 12 Exhibit Exhibit F – Int. No. 360, # 13 Exhibit Exhibit G – Chi Osse X Post, # 14 Exhibit Exhibit H – Brick Underground Article).(Szyfer, Claude) (Entered: 01/13/2025) |
| 01/13/2025 | 22 | DECLARATION of Douglas Wagner in Support re: 19 MOTION for Preliminary Injunction .. Document filed by Real Estate Board of New York, Inc., New York State Association of Realtors, Inc., Bohemia Realty Group, Bond New York Real Estate Corp., Level Group Inc., Real New York LLC, Four Corners Realty, LLC, 21 West 74 Corp., 8 West 119th Street HDFC. (Attachments: # 1 Exhibit Exhibit A – Bond Exclusive Right to Rent Agreement).(Szyfer, Claude) (Entered: 01/13/2025) |
| 01/13/2025 | 23 | DECLARATION of Eric Porco in Support re: 19 MOTION for Preliminary Injunction .. Document filed by Real Estate Board of New York, Inc., New York State Association of Realtors, Inc., Bohemia Realty Group, Bond New York Real Estate Corp., Level Group Inc., Real New York LLC, Four Corners Realty, LLC, 21 West 74 Corp., 8 West 119th Street HDFC..(Szyfer, Claude) (Entered: 01/13/2025) |
| 01/13/2025 | 24 | DECLARATION of Robert Rahmanian in Support re: 19 MOTION for Preliminary Injunction .. Document filed by Real Estate Board of New York, Inc., New York State Association of Realtors, Inc., Bohemia Realty Group, Bond New York Real Estate Corp., Level Group Inc., Real New York LLC, Four Corners Realty, LLC, 21 West 74 Corp., 8 West 119th Street HDFC..(Szyfer, Claude) (Entered: 01/13/2025) |
| 01/13/2025 | 25 | DECLARATION of Ryan Foregger in Support re: 19 MOTION for Preliminary Injunction .. Document filed by Real Estate Board of New York, Inc., New York State Association of Realtors, Inc., Bohemia Realty Group, Bond New York Real Estate Corp., Level Group Inc., Real New York LLC, Four Corners Realty, LLC, 21 West 74 Corp., 8 West 119th Street HDFC..(Szyfer, Claude) (Entered: 01/13/2025) |
| 01/13/2025 | 26 | DECLARATION of Sam Chandan in Support re: 19 MOTION for Preliminary Injunction .. Document filed by Real Estate Board of New York, Inc., New York State Association of Realtors, Inc., Bohemia Realty Group, Bond New York Real Estate Corp., Level Group Inc., Real New York LLC, Four Corners Realty, LLC, 21 West 74 Corp., 8 West 119th Street HDFC..(Szyfer, Claude) (Entered: 01/13/2025) |
| 01/13/2025 | 27 | DECLARATION of Sarah Saltzberg in Support re: 19 MOTION for Preliminary Injunction .. Document filed by Real Estate Board of New York, Inc., New York State Association of Realtors, Inc., Bohemia Realty Group, Bond New York Real Estate Corp., Level Group Inc., Real New York LLC, Four Corners Realty, LLC, 21 West 74 Corp., 8 West 119th Street HDFC..(Szyfer, Claude) (Entered: 01/13/2025) |
| 01/14/2025 | 28 | ORDER granting 18 Motion for Sean Marotta to Appear Pro Hac Vice (HEREBY ORDERED by Judge Ronnie Abrams)(Text Only Order) (arc) (Entered: 01/14/2025) |
| 01/15/2025 | 29 | JOINT LETTER addressed to Judge Ronnie Abrams from Jessica Katzen dated January 15, 2025 re: Proposed Briefing Schedule. Document filed by The City Of New York,, Vilda Vera Mayuga..(Katzen, Jessica) (Entered: 01/15/2025) |
| 01/16/2025 | 30 | MEMO ENDORSEMENT on re: 29 Letter filed by Vilda Vera Mayuga, The City Of New York. ENDORSEMENT: Application granted. The Court adopts the briefing schedule and page limits proposed above. SO ORDERED. ( Responses due by 3/28/2025, Replies due by 4/11/2025.) (Signed by Judge Ronnie Abrams on 1/16/2025) (tg) (Entered: 01/16/2025) |

| | | |
|---|---|---|
| 02/11/2025 | 31 | MOTION to Intervene . Document filed by Neighbors Together Corp.. (Attachments: # 1 Supplement Memorandum of Law in Support of Motion to Intervene, # 2 Affidavit Declaration of Amy Blumsack, # 3 Affidavit Declaration of Joel Gil, # 4 Exhibit Exhibit A: Proposed Cross–Motion to Dismiss and Opposition to Plaintiffs' Motion for a Preliminary Injunction).(Henley, Evan) (Entered: 02/11/2025) |
| 02/11/2025 | 32 | NOTICE OF APPEARANCE by Edward Joseph Josephson on behalf of Neighbors Together Corp...(Josephson, Edward) (Entered: 02/11/2025) |
| 02/12/2025 | 33 | ORDER: The Court has received a motion to intervene filed by Neighbors Together Corp. See ECF No. 31. Pursuant to Local Civil Rule 6.1, Plaintiffs' opposition to the motion must be filed no later than February 25, 2025, and proposed intervenor's reply, if any, must be filed within seven (7) days of the opposition. If the motion to intervene is granted: (1) Plaintiff's opposition to the intervenor's cross–motion to dismiss and reply to the intervenor's opposition to the motion for a preliminary injunction will be due on March 28, 2025; and (2) the intervenor's reply to Plaintiff's opposition to the cross–motion to dismiss will be due on April 11, 2025. If the motion to intervene is denied, the briefing schedule will remain unchanged from the Court's January 16, 2025 order. See ECF No. 30. SO ORDERED. ( Responses due by 3/28/2025, Replies due by 4/11/2025.) (Signed by Judge Ronnie Abrams on 2/12/2025) (tg) (Entered: 02/12/2025) |
| 02/25/2025 | 34 | MEMORANDUM OF LAW in Opposition re: 31 MOTION to Intervene . . Document filed by Real Estate Board of New York, Inc., New York State Association of Realtors, Inc., Bohemia Realty Group, Bond New York Real Estate Corp., Level Group Inc., Real New York LLC, Four Corners Realty, LLC, 21 West 74 Corp., 8 West 119th Street HDFC..(Szyfer, Claude) (Entered: 02/25/2025) |
| 02/27/2025 | 35 | REPLY MEMORANDUM OF LAW in Support re: 31 MOTION to Intervene . . Document filed by Neighbors Together Corp...(Henley, Evan) (Entered: 02/27/2025) |
| 02/28/2025 | 36 | MOTION to Dismiss . Document filed by The City Of New York,, Vilda Vera Mayuga. Responses due by 3/28/2025.(Lulich, Aimee) (Entered: 02/28/2025) |
| 02/28/2025 | 37 | MEMORANDUM OF LAW in Support re: 36 MOTION to Dismiss . *and in Opposition to Motion for a Preliminary Injunction*. Document filed by The City Of New York,, Vilda Vera Mayuga..(Lulich, Aimee) (Entered: 02/28/2025) |
| 02/28/2025 | 38 | DECLARATION of Aimee K. Lulich in Support re: 36 MOTION to Dismiss .. Document filed by The City Of New York,, Vilda Vera Mayuga. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K).(Lulich, Aimee) (Entered: 02/28/2025) |
| 03/03/2025 | 39 | MEMORANDUM OPINION & ORDER re: 31 MOTION to Intervene . filed by Neighbors Together Corp. For the foregoing reasons, the motion to intervene is denied. However, in light of Neighbors Together's specialized knowledge, the Court invites it to serve as amicus curiaewith Plaintiff's consent, see Opp'n at 2if it wishes to do so. If Neighbors Together seeks to participate as amicus, it shall file a letter motion no later than one week from the date of this order attaching its proposed submission. The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 31. SO ORDERED. (Signed by Judge Ronnie Abrams on 3/3/2025) (jca) (Entered: 03/03/2025) |
| 03/06/2025 | 40 | LETTER MOTION to File Amicus Brief addressed to Judge Ronnie Abrams from Evan Henley dated March 6, 2025. Document filed by Neighbors Together Corp.. (Attachments: # 1 Exhibit Exhibit A: Proposed Amicus Memorandum of Law).(Henley, Evan) (Entered: 03/06/2025) |
| 03/10/2025 | 41 | ORDER granting 40 Letter Motion to File Amicus Brief. Application granted. SO ORDERED. (Signed by Judge Ronnie Abrams on 3/10/2025) (tg) (Entered: 03/10/2025) |
| 03/25/2025 | 42 | JOINT LETTER MOTION for Extension of Time to File Response/Reply addressed to Judge Ronnie Abrams from Aimee K. Lulich dated March 25, 2025. Document filed by Vilda Vera Mayuga, The City Of New York,..(Lulich, Aimee) (Entered: 03/25/2025) |

| | | |
|---|---|---|
| 03/26/2025 | 43 | ORDER granting 42 Letter Motion for Extension of Time to File Response/Reply. Application granted. The Court adopts the briefing schedule proposed above. SO ORDERED. Responses due by 4/11/2025 Replies due by 4/25/2025. (Signed by Judge Ronnie Abrams on 3/26/2025) (tg) (Entered: 03/26/2025) |
| 03/26/2025 | | Set/Reset Deadlines: Motions due by 3/28/2025. (tg) (Entered: 03/26/2025) |
| 03/28/2025 | 44 | NOTICE OF APPEARANCE by Judith Naomi Vale on behalf of State of New York, New York Department of State..(Vale, Judith) (Entered: 03/28/2025) |
| 03/28/2025 | 45 | MOTION to File Amicus Brief . Document filed by New York Department of State, State of New York..(Vale, Judith) (Entered: 03/28/2025) |
| 03/31/2025 | 46 | ORDER granting 45 Letter Motion to File Amicus Brief The motion by the State of New York and the New York Department of State for leave to file a brief as amici curiae is granted. The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 45. SO ORDERED.. (Signed by Judge Ronnie Abrams on 3/31/2025) (jca) (Entered: 03/31/2025) |
| 04/08/2025 | 48 | ORDER: No later than April 14, 2025, Defendants shall submit a letter advising the Court whether they seek an evidentiary hearing on Plaintiffs' preliminary injunction motion. Plaintiffs shall file their response, if any, by April 17, 2025. (Signed by Judge Ronnie Abrams on 4/8/2025) (tro) (Entered: 04/08/2025) |
| 04/09/2025 | | ***DELETED DOCUMENT. Deleted document number 47 ORDER. The document was incorrectly filed in this case. (tg) (Entered: 04/09/2025) |
| 04/11/2025 | 49 | REPLY MEMORANDUM OF LAW in Support re: 19 MOTION for Preliminary Injunction . *and IN OPPOSITION TO 36 MOTION to Dismiss*. Document filed by 21 West 74 Corp., 8 West 119th Street HDFC, Bohemia Realty Group, Bond New York Real Estate Corp., Four Corners Realty, LLC, Level Group Inc., New York State Association of Realtors, Inc., Real Estate Board of New York, Inc., Real New York LLC..(Szyfer, Claude) (Entered: 04/11/2025) |
| 04/11/2025 | 50 | DECLARATION of Claude G. Szyfer (Supplemental) in Support re: 19 MOTION for Preliminary Injunction and in Opposition re: 36 MOTION to Dismiss .. Document filed by 21 West 74 Corp., 8 West 119th Street HDFC, Bohemia Realty Group, Bond New York Real Estate Corp., Four Corners Realty, LLC, Level Group Inc., New York State Association of Realtors, Inc., Real Estate Board of New York, Inc., Real New York LLC. (Attachments: # 1 Exhibit A – REAL NY Agreements – Redacted, # 2 Exhibit B – DOS Legal Memorandum, # 3 Exhibit C – Chi Osse FARE Act FAQs 2.0, # 4 Exhibit D – July 29, 2024 Proposed Int. 360–A).(Szyfer, Claude) (Entered: 04/11/2025) |
| 04/11/2025 | 51 | DECLARATION of Thijs Menger in Support re: 19 MOTION for Preliminary Injunction and in Opposition re: 36 MOTION to Dismiss .. Document filed by 21 West 74 Corp., 8 West 119th Street HDFC, Bohemia Realty Group, Bond New York Real Estate Corp., Four Corners Realty, LLC, Level Group Inc., New York State Association of Realtors, Inc., Real Estate Board of New York, Inc., Real New York LLC..(Szyfer, Claude) (Entered: 04/11/2025) |
| 04/11/2025 | 52 | CONSENT LETTER MOTION for Leave to File Document in Redacted Form addressed to Judge Ronnie Abrams from Claude G. Szyfer dated April 11, 2025. Document filed by 21 West 74 Corp., 8 West 119th Street HDFC, Bohemia Realty Group, Bond New York Real Estate Corp., Four Corners Realty, LLC, Level Group Inc., New York State Association of Realtors, Inc., Real Estate Board of New York, Inc., Real New York LLC. (Attachments: # 1 Exhibit A – REAL NY Agreements – Redacted).(Szyfer, Claude) (Entered: 04/11/2025) |
| 04/11/2025 | 53 | ***EX–PARTE***REDACTION to 50 Declaration in Opposition to Motion,, *to Defendants' Motion to Dismiss and in in Further Support of Plaintiffs' Motion for Preliminary Injunction* by 21 West 74 Corp., 8 West 119th Street HDFC, Bohemia Realty Group, Bond New York Real Estate Corp., Four Corners Realty, LLC, Level Group Inc., New York State Association of Realtors, Inc., Real Estate Board of New York, Inc., Real New York LLCMotion or Order to File Under Seal: 52 .(Szyfer, Claude) (Entered: 04/11/2025) |

| | | |
|---|---|---|
| 04/14/2025 | 54 | LETTER addressed to Judge Ronnie Abrams from Jessica Katzen dated April 14, 2025 re: Evidentiary Hearing. Document filed by Vilda Vera Mayuga, The City Of New York,..(Katzen, Jessica) (Entered: 04/14/2025) |
| 04/15/2025 | 55 | MEMO ENDORSEMENT on re: 54 Letter filed by Vilda Vera Mayuga, The City Of New York. In light of the above, Defendants have waived their right to an evidentiary hearing. See Fengler v. Numismatic Americana, Inc., 832 F.2d 745, 748 (2d Cir. 1987). The Court will hold oral argument Plaintiffs' motion for a preliminary injunction and Defendants' motion to dismiss on May 12, 2025 at 11:00 a.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY, 10007. SO ORDERED. (Signed by Judge Ronnie Abrams on 4/15/2025) (Oral Argument set for 5/12/2025 at 11:00 AM in Courtroom 1506, 40 Centre Street, New York, NY 10007 before Judge Ronnie Abrams.) (ar) (Entered: 04/15/2025) |
| 04/15/2025 | 56 | ORDER granting 52 Letter Motion for Leave to File Document. Application granted. SO ORDERED. (Signed by Judge Ronnie Abrams on 4/14/2025) (tg) (Entered: 04/15/2025) |
| 04/16/2025 | 57 | FIRST LETTER MOTION to Adjourn Conference *currently scheduled for May 12, 2025* addressed to Judge Ronnie Abrams from Aimee K. Lulich dated April 16, 2024. Document filed by Vilda Vera Mayuga, The City Of New York,..(Lulich, Aimee) (Entered: 04/16/2025) |
| 04/18/2025 | 58 | LETTER RESPONSE to Motion addressed to Judge Ronnie Abrams from Claude G. Szyfer dated April 18, 2025 re: 57 FIRST LETTER MOTION to Adjourn Conference *currently scheduled for May 12, 2025* addressed to Judge Ronnie Abrams from Aimee K. Lulich dated April 16, 2024. . Document filed by 21 West 74 Corp., 8 West 119th Street HDFC, Bohemia Realty Group, Bond New York Real Estate Corp., Four Corners Realty, LLC, Level Group Inc., New York State Association of Realtors, Inc., Real Estate Board of New York, Inc., Real New York LLC..(Szyfer, Claude) (Entered: 04/18/2025) |
| 04/18/2025 | 59 | ORDER granting 57 Letter Motion to Adjourn Conference. The oral argument previously scheduled for May 12, 2025 is hereby rescheduled to May 2, 2025 at 12:30 p.m. at the Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY, 10007. If the parties are unavailable on this date and time they shall promptly notify the Court. SO ORDERED. Oral Argument set for 5/2/2025 at 12:30 PM in Courtroom 1506, 40 Centre Street, New York, NY 10007 before Judge Ronnie Abrams. (Signed by Judge Ronnie Abrams on 4/17/2025) (tg) (Entered: 04/18/2025) |
| 04/25/2025 | 60 | REPLY MEMORANDUM OF LAW in Support re: 36 MOTION to Dismiss . . Document filed by Vilda Vera Mayuga, The City Of New York,. (Attachments: # 1 Exhibit Word Count Certification).(Katzen, Jessica) (Entered: 04/25/2025) |
| 05/02/2025 | | Minute Entry for proceedings held before Judge Ronnie Abrams: Oral Argument held on 5/2/2025 re: 36 MOTION to Dismiss . filed by Vilda Vera Mayuga, The City Of New York,, 19 MOTION for Preliminary Injunction . filed by 21 West 74 Corp., 8 West 119th Street HDFC, Level Group Inc., Real Estate Board of New York, Inc., New York State Association of Realtors, Inc., Four Corners Realty, LLC, Bohemia Realty Group, Real New York LLC, Bond New York Real Estate Corp. (Court Reporter George Malinowski) (arc) (Entered: 05/02/2025) |
| 06/10/2025 | 61 | OPINION AND ORDER re: 36 MOTION to Dismiss . filed by Vilda Vera Mayuga, The City Of New York,, 19 MOTION for Preliminary Injunction . filed by 21 West 74 Corp., 8 West 119th Street HDFC, Level Group Inc., Real Estate Board of New York, Inc., New York State Association of Realtors, Inc., Four Corners Realty, LLC, Bohemia Realty Group, Real New York LLC, Bond New York Real Estate Corp.. For the foregoing reasons, the motion to dismiss is granted with respect to Plaintiffs' First Amendment, New York State Constitution, and state law preemption claims, and denied with respect to Plaintiffs' Contracts Clause claim. The motion for a preliminary injunction is denied in its entirety. The Clerk of Court is respectfully directed to terminate the motions pending at ECF Nos. 19 and 36. SO ORDERED. (Signed by Judge Ronnie Abrams on 6/10/2025) (tg) (Entered: 06/10/2025) |
| 06/12/2025 | 62 | NOTICE OF INTERLOCUTORY APPEAL from 61 Memorandum & Opinion,,,. Document filed by 21 West 74 Corp., 8 West 119th Street HDFC, Bohemia Realty |

|  |  |  |
|---|---|---|
|  |  | Group, Bond New York Real Estate Corp., Four Corners Realty, LLC, Level Group Inc., New York State Association of Realtors, Inc., Real Estate Board of New York, Inc., Real New York LLC. Filing fee $ 605.00, receipt number ANYSDC–31227714. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Szyfer, Claude) (Entered: 06/12/2025) |
| 06/12/2025 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 62 Notice of Interlocutory Appeal,..(nd) (Entered: 06/12/2025) |
| 06/12/2025 |  | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 62 Notice of Interlocutory Appeal, filed by 21 West 74 Corp., 8 West 119th Street HDFC, Level Group Inc., Real Estate Board of New York, Inc., New York State Association of Realtors, Inc., Four Corners Realty, LLC, Bohemia Realty Group, Real New York LLC, Bond New York Real Estate Corp. were transmitted to the U.S. Court of Appeals..(nd) (Entered: 06/12/2025) |