## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Real Estate Board of New York, Inc. v. The City of New York  **Docket No.:** 25-1506

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Jamison Davies

**Firm:** New York City Law Department

**Address:** 100 Church Street

**Telephone:** 212-356-2490   **Fax:** 212-356-1148

**E-mail:** jdavies@law.nyc.gov

**Appearance for:** The City of New York, Vilda Vera Mayuga/Appellees
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Muriel Goode-Trufant/New York City Law Department )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 8/8/2023  OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Jamison Davies

**Type or Print Name:** Jamison Davies