## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Real Estate Board of New York, Inc. v. The City of New York    Docket No.: 25-1506

Lead Counsel of Record (name/firm) or Pro se Party (name): Claude G. Szyfer / Hogan Lovells US LLP

Appearance for (party/designation): (See attachment) / Appellants

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
    Parties:
( ) Incorrect.    Please change the following parties' designations:
    Party                                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Claude G. Szyfer
Firm: Hogan Lovells US LLP
Address: 390 Madison Avenue, New York, NY 10017
Telephone: (212) 918-3000    Fax: (212) 918-3100
Email: claude.szyfer@hoganlovells.com

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously.    The short title, docket number, and citation are:

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are:

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 2/3/2021    OR that ( ) I applied for admission on _____ or renewal on _____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Claude G. Szyfer
Type or Print Name: Claude G. Szyfer
        OR
Signature of pro se litigant:
Type or Print Name:
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

# United States Court of Appeals for the Second Circuit

Notice of Appearance
Addendum

Short Title: Real Estate Board of New York, Inc. v. The City of New York
Docket No. 25-1506

The Clerk will enter my appearance as counsel for:

- Real Estate Board of New York, Inc.

- New York State Association of Realtors, Inc.

- Bohemia Realty Group

- Bond New York Real Estate Corp.

- Level Group Inc.

- Real New York LLC

- Four Corners Realty, LLC

- 21 West 74 Corp.

- 8 West 119th Street HDFC