## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Real Estate Board of New York, Inc. v. The City of New York   Docket No.: 25-1506

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Sean Marotta

Firm: Hogan Lovells US LLP

Address: 555 Thirteenth Street, NW, Washington, D.C. 20004

Telephone: (202) 637-5600   Fax: (202) 637-5910

E-mail: sean.marotta@hoganlovells.com

Appearance for: (See attachment) / Appellants
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Claude G. Szyfer / Hogan Lovells US LLP)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 2/18/2025   OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Sean Marotta

Type or Print Name: Sean Marotta

# United States Court of Appeals
# for the Second Circuit

Notice of Appearance
Addendum

Short Title: Real Estate Board of New York, Inc. v. The City of New York
Docket No. 25-1506

The Clerk will enter my appearance as counsel for:

- Real Estate Board of New York, Inc.

- New York State Association of Realtors, Inc.

- Bohemia Realty Group

- Bond New York Real Estate Corp.

- Level Group Inc.

- Real New York LLC

- Four Corners Realty, LLC

- 21 West 74 Corp.

- 8 West 119th Street HDFC