# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of July, two thousand twenty-five.

Before:     Richard J. Sullivan,
                 *Circuit Judge.*

---

| | |
|---|---|
| Real Estate Board of New York, Inc., New York State Association of Realtors, Inc., Bohemia Realty Group, Bond New York Real Estate Corp., Level Group Inc., Real New York LLC, Four Corners Realty, LLC, 21 West 74 Corp., 8 West 119th Street HDFC, | **ORDER**<br><br>Docket No. 25-1506 |

         Plaintiffs - Appellants,

v.

The City of New York, a municipal entity, Vilda Vera Mayuga, as Commissioner of New York City Department of Consumer and Worker Protection,

         Defendants - Appellees.

---

Appellants move to expedite the appeal on the following briefing schedule: Appellants' opening brief is due by July 31, 2025; Appellees' response brief is due by September 18, 2025; and Appellants' reply brief is due by October 9, 2025.

IT IS HEREBY ORDERED that the motion is GRANTED.

         For the Court:

         Catherine O'Hagan Wolfe,
         Clerk of Court