**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: July 8, 2025
Docket #: 25-1506
Short Title: Real Estate Board of New York, Inc. v. The City of New York

DC Docket #: 1:24-cv-9678
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Ronnie Abrams

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8563.