S.D.N.Y.–N.Y.C.
24-cv-9678
Abrams, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand twenty-five.

Present:
    Denny Chin,
    William J. Nardini,
    Maria Araújo Kahn,
        *Circuit Judges*.

---

Real Estate Board of New York, Inc., et al.,

    *Plaintiffs-Appellants*,

v.

25-1506

The City of New York, a municipal entity, et al.,

    *Defendants-Appellees*.

---

Appellants move for an preliminary injunction pending appeal. Upon due consideration, it is hereby ORDERED that the motion is DENIED. *See Agudath Isr. of Am. v. Cuomo*, 980 F.3d 222, 225–26 (2d Cir. 2020) (per curiam); *see also Reyes v. City of New York*, 141 F.4th 55, 67 n.12 (2d Cir. 2025).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court