# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Real Estate Board of New York et al. v. City of New York et al.  **Docket No.:** 25-1506

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Evan Henley

**Firm:** The Legal Aid Society

**Address:** 49 Thomas Street, Floor 5, New York, NY 10013

**Telephone:** 212-298-5233   **Fax:** 646-616-4198

**E-mail:** ewhenley@legal-aid.org

**Appearance for:** Neighbors Together Corp.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Defendants-Appellees )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 9/19/2024 (admission date)   OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Evan Henley

**Type or Print Name:** Evan Henley